UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOHN W. WALLACE,<br><br>               Plaintiff. | Case No. 14-mc-80244-WHO<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT PER PRE-FILING REVIEW ORDER**<br><br>Re: Dkt. No. 1 |

On August 18, 2004, this Court issued an order requiring pre-filing review of any new cases filed by Mr. Wallace in this Court. *See Wallace v. United States Government*, Case No. 04-cv-01147 (N.D. Cal. August 18, 2004) (pre-filing review order). The pre-review order followed Mr. Wallace's filing of several cases in this Court concerning real estate. The Court found that all of the cases were frivolous. *Wallace v. United States Government*, Case No. 04-cv-01147 (N.D. Cal. August 18, 2004) (order granting defendant's request for pre-filing review order, at 6).

On August 27, 2014, Mr. Wallace filed an envelope with this Court containing five pages. The pages contain approximately one hundred handwritten sentences, each stating "Charge: Trespass," followed by an address in the Bay Area. The filing is unintelligible: no parties are identified and no causes of action or facts are comprehensibly stated. Assuming that this is intended to be a complaint, per the pre-filing review in place Mr. Wallace is DENIED leave to file it.

**IT IS SO ORDERED**.

Dated: September 4, 2014



WILLIAM H. ORRICK
United States District Judge